Order entered November 15, 2012



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00173-CR
No. 05-12-00174-CR

MAHIR ABDALRAZZAAQEL, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
Dallas County, Texas
Trial Court Cause Nos. F11-00580-H, F11-00581-H

## ORDER

The Court **REINSTATES** the appeals.

On October 18, 2012, we ordered Jeff Buchwald removed as appellant's counsel and ordered the trial court to appoint new counsel to represent appellant in the appeals. We have received the trial court's order appointing the Dallas County Public Defender's Office to represent appellant. Accordingly, we **DIRECT** the Clerk to list the Dallas County Public Defender's Office as appellant's appointed counsel.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Katherine Drew, Appellate-Chief, Dallas County Public Defender's Office, and Michael Casillas, Appellate-Chief, Dallas County District Attorney's Office.

DAVID L. BRIDGES
JUSTICE